U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 NOV 10 P 12: 19

CLERK OF COURT

20-CR-213

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER L. IVORY,

    Defendant.

Case No. 20-CR
[18 U.S.C. §§ 922(g)(1) & 924(e)(1)]

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about July 9, 2020, in the State and Eastern District of Wisconsin,

**CHRISTOPHER L. IVORY,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Ruger, model 9E, 9mm pistol, bearing serial number 338-18897.

3. The defendant is an Armed Career Criminal, having been convicted of the following offenses, all of which were committed on occasions different from one another, and each of which constitutes a violent felony, as defined in Title 18, United States Code, Section 924(e)(2):

    a. One count of Armed Robbery, committed on February 6, 2009, (Judgment entered on or about December 1, 2009, in Milwaukee County Circuit

    Court Case No. 2009CF002726), punishable by a term exceeding one year.

  b.  One count of Armed Robbery, committed on March 21, 2009, (Judgment entered on or about December 1, 2009, in Milwaukee County Circuit Court Case No. 2009CF002726), punishable by a term exceeding one year.

  c.  One count of Armed Robbery on May 20, 2009 (Judgment entered on or about December 1, 2009, in Milwaukee County Circuit Court Case No. 2009CF002726), punishable by a term exceeding one year.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant, Christopher L. Ivory, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to: a Ruger, model 9E, 9mm pistol, bearing serial number 338-18897.

A TRUE BILL:

FOREPERSON

Date: 11/10/2020

MATTHEW D. KRUEGER
United States Attorney