UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                       Case No. 20-cr-0213-bhl

CHRISTOPHER L. IVORY,

        Defendant.

---

## FINAL ORDER OF FORFEITURE AND JUDGMENT

---

On November 29, 2021, the government filed a Motion for Entry of a Final Order and Judgment of Forfeiture (ECF No. 42). Based on the motion and supporting materials, including the declaration of Assistant United States Attorney Julie F. Stewart (ECF No. 43), the government has satisfied the requirements for entry of a forfeiture judgment under 18 U.S.C. §924(d) and 28 U.S.C. §2461(c). Accordingly,

IT IS ORDERED that, pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), the government's Motion for Final Order of Forfeiture and Judgment (ECF No. 42) is GRANTED.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), the United States has clear title to the Arcus, model 98 DAC, 9mm pistol, bearing serial number 33DE401007, described in the forfeiture notice of the information filed on August 17, 2021, and may dispose of the property according to law.

Dated at Milwaukee, Wisconsin on December 1, 2021.

                                        s/ *Brett H. Ludwig*
                                        BRETT H. LUDWIG
                                        United States District Judge